Priority ___
Send ___
Enter ___
Closed ___
~~JS-5~~/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. SCHAFFER,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE INSURANCE COMPANY; BOOZ ALLEN HAMILTON, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: ED CV08-01184 LLP (OPx)<br><br>[*Honorable Lawrence L. Piersol*]<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[Complaint Filed: September 2, 2008] |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: Dec. 18, 2009

/s/ Lawrence L. Piersol
HONORABLE LAWRENCE L. PIERSOL
UNITED STATE DISTRICT JUDGE

1